**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Roman Szubski Sr.**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−4215** |
| | | EIN | _ _−_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Julie Szubski**<br>First Name Middle Name Last Name | Social Security number or ITIN | **xxx−xx−7931** |
| | | EIN | _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court **Northern District of Illinois**

Case number: **16−81142**

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Roman Szubski Sr. Julie Szubski

August 16, 2016

**For the court:** Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:
Roman Szubski, Sr.
Julie Szubski
Debtors

Case No. 16-81142-TML
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-3 User: admin Page 1 of 2 Date Rcvd: Aug 16, 2016
Form ID: 318 Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.

db/jdb +Roman Szubski, Sr., Julie Szubski, 2911 Skyline Drive, Crystal Lake, IL 60012-1225
24508024 +Charter Fitness, Bankruptcy Dept, 6308 Northwest Hwy, Crystal Lake,IL 60014-7935
24508003 +Chase AUTO, Attn: Bankruptcy Dept., Po Box 901003, Ft Worth,TX 76101-2003
24508014 +Equifax, Attn: Bankruptcy Dept., PO Box 740241, Atlanta,GA 30374-0241
24508013 +Experian, Attn: Bankruptcy Dept., PO Box 2002, Allen,TX 75013-2002
24508027 +ICS/Illinois Collection Serv., Bankruptcy Dept., 8231 W. 185th Street, Tinley Park,IL 60487-9356
24508025 +Regency Medical Center, Bankruptcy Dept, 200 Fox Glen Ct, Barrington,IL 60010-1809
24508011 +Roman Szubski Jr., 2911 Skyline Drive, Crystal Lake,IL 60012-1225
24508012 +Transunion, Attn: Bankruptcy Dept., PO Box 1000, Chester,PA 19022-1023
24508002 ++WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 (address filed with court: Wells Fargo HM Mortgag, Attn: Bankruptcy Dept., 8480 Stagecoach Cir, Frederick,MD 21701)
24508000 +WFM/WBM, Attn: Bankruptcy Dept., 3480 Stateview Blvd Bldg, Fort Mill,SC 29715-7203
24508007 +Worlds Foremost BANK N, Attn: Bankruptcy Dept., 4800 Nw 1St St Ste 300, Lincoln,NE 68521-4463

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

24508004 +EDI: GMACFS.COM Aug 17 2016 01:48:00 ALLY Financial, Attn: Bankruptcy Dept., 200 Renaissance Ctr, Detroit,MI 48243-1300
24508026 EDI: ATTWIREBK.COM Aug 17 2016 01:49:00 AT&T, Attn: Bankruptcy Dept., PO Box 8212, Aurora,IL 60572-8212
24508028 +E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Aug 17 2016 02:32:34 Advocate Good Shepherd Hospital, Bankruptcy Department, 450 West Highway 22, Barrington,IL 60010-1919
24508001 +EDI: TSYS2.COM Aug 17 2016 01:48:00 Barclays BANK Delaware, Attn: Bankruptcy Dept., 125 S West St, Wilmington,DE 19801-5014
24508008 EDI: CAPITALONE.COM Aug 17 2016 01:48:00 Capital ONE BANK USA N, Attn: Bankruptcy Dept., 15000 Capital One Dr, Richmond,VA 23238
24508021 +EDI: WFNNB.COM Aug 17 2016 01:48:00 COMENITY BANK/Roamans, Attn: Bankruptcy Dept., Po Box 182789, Columbus,OH 43218-2789
24507998 +EDI: CHASE.COM Aug 17 2016 01:48:00 Chase CARD, Attn: Bankruptcy Dept., Po Box 15298, Wilmington,DE 19850-5298
24508010 +E-mail/Text: adjustments@myconsumers.org Aug 17 2016 02:29:46 Consumers COOP CRED UN, Attn: Bankruptcy Dept., 2750 Washington St, Waukegan,IL 60085-4900
24508005 +EDI: RCSFNBMARIN.COM Aug 17 2016 01:48:00 Credit ONE BANK NA, Attn: Bankruptcy Dept., Po Box 98875, Las Vegas,NV 89193-8875
24508023 +EDI: CBSKOHLS.COM Aug 17 2016 01:48:00 Kohls/Capone, Attn: Bankruptcy Dept., N56 W 17000 Ridgewood Dr, Menomonee Falls,WI 53051-7096
24508019 +EDI: RMSC.COM Aug 17 2016 01:48:00 Syncb/Amazon, Attn: Bankruptcy Dept., Po Box 965015, Orlando,FL 32896-5015
24508016 +EDI: RMSC.COM Aug 17 2016 01:48:00 Syncb/JCP, Attn: Bankruptcy Dept., Po Box 965007, Orlando,FL 32896-5007
24508015 +EDI: RMSC.COM Aug 17 2016 01:48:00 Syncb/TJX COS, Attn: Bankruptcy Dept., Po Box 965005, Orlando,FL 32896-5005
24508009 +EDI: RMSC.COM Aug 17 2016 01:48:00 Syncb/Walmart, Attn: Bankruptcy Dept., Po Box 965024, Orlando,FL 32896-5024

TOTAL: 14

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

24508017* +Barclays BANK Delaware, Attn: Bankruptcy Dept., 125 S West St, Wilmington,DE 19801-5014
24508022* +Barclays BANK Delaware, Attn: Bankruptcy Dept., 125 S West St, Wilmington,DE 19801-5014
24508020* ++CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285 (address filed with court: Capital ONE BANK USA N, Attn: Bankruptcy Dept., 15000 Capital One Dr, Richmond,VA 23238)
24507999* +Chase CARD, Attn: Bankruptcy Dept., Po Box 15298, Wilmington,DE 19850-5298
24508006* +Credit ONE BANK NA, Attn: Bankruptcy Dept., Po Box 98875, Las Vegas,NV 89193-8875
24508018* +Syncb/Walmart, Attn: Bankruptcy Dept., Po Box 965024, Orlando,FL 32896-5024

TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-3 User: admin Page 2 of 2 Date Rcvd: Aug 16, 2016
Form ID: 318 Total Noticed: 26

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:

Daniel Fasman on behalf of Debtor 2 Julie Szubski ndil@geracilaw.com
Daniel Fasman on behalf of Debtor 1 Roman Szubski, Sr. ndil@geracilaw.com
Patrick S Layng USTPRegion11.MD.ECF@usdoj.gov
Stephen G Balsley sbalsley@bslbv.com, IL47@ecfcbis.com

TOTAL: 4